IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VICKIE L. PRICE,** | ) |
| Plaintiff, | ) |
| | ) **2:03cv455** |
| vs. | ) **Electronic Filing** |
| | ) |
| **JO ANNE B. BARNHART,** | ) Judge Cercone |
| **Commissioner of Social Security,** | ) Magistrate Judge Mitchell |
| | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 11th day of August, 2005, after the plaintiff filed a petition seeking review of the determination of the Commissioner of Social Security denying her claim for supplemental security income benefits, and after the parties submitted cross-motions for summary judgment, and after the Report and Recommendation of the United States Magistrate Judge was issued, and the parties were granted ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiff, and after independent review of the pleadings, the administrative record, and the Report and Recommendation of the Magistrate Judge, which is incorporated and adopted as the Opinion of this Court,

IT IS ORDERED that the defendant's motion for summary judgment (Docket No. 8) is granted, that the plaintiff's motion for summary judgment (Docket No. 6) is denied, and that the decision of the Commissioner is affirmed.

David Stewart Cercone
United States District Judge

cc: Honorable Robert C. Mitchell
United States Magistrate Judge

Gregory G. Paul, Esq.
The Peirce Law Offices
2500 Gulf Tower
Pittsburgh, PA 15219

Laura Schleich Irwin, AUSA